**FILED**

NOV 21 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARCEL RAY JOHNSON, | ) No. C 14-03441 BLF (PR) |
|---|---|
| Plaintiff. | ) **ORDER GRANTING EXTENSION OF TIME FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |
| v. | ) |
| GREGORY J. AHERN, et al., | ) |
| Defendants. | ) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Petitioner a notice that he must either pay the filing fee or file an In Forma Pauperis ("IFP") Application. (Docket No. 2.)

Plaintiff filed an IFP application which is deficient. (Docket No. 3.) First of all, the Certificate of Funds attached to the application was not fully completed: although the form was signed by a prison official, the amounts for the average deposit and average balance for the most recent 6-month period was not provided. (Docket No. 3 at 5.) Secondly, Plaintiff failed to provide a copy of his prisoner trust account statement showing transactions for the last six months. (*Id.*)

In the interest of justice, Plaintiff shall be granted an extension of time to file the necessary documents in order to complete his IFP application. Plaintiff shall file the

necessary documents **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, Plaintiff may pay the full filing fee.

**Failure to file a response in the time provided will result in a denial of *pauper* status and dismissal of the action without further notice to Plaintiff.**

The Clerk shall enclose two blank copies of the Certificate of Funds in Prisoner's Account with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

DATED: 11-21-2014

BETH LABSON FREEMAN
United States District Judge