FILED

JAN - 2 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARCEL RAY JOHNSON, | ) No. C 14-03441 BLF (PR) |
|---|---|
| Plaintiff, | ) **ORDER OF DISMISSAL** |
| v. | ) |
| GREGORY J. AHERN, et al., | ) |
| Defendants. | ) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Petitioner a notice that he must either pay the filing fee or file an In Forma Pauperis ("IFP") Application. (Docket No. 2.)

On August 27, 2014, Plaintiff filed an IFP application which was deficient because the Certificate of Funds attached to the application was not fully completed and Plaintiff failed to provide a copy of his prisoner trust account statement showing transactions for the last six months. (*See* Docket No. 3.) In the interest of justice, the Court granted Plaintiff an extension of time to file the necessary documents to complete his IFP application, such that Plaintiff had twenty-eight days from November 21, 2014, *i.e.*, until December 19, 2014, to do so. (*See* Docket No. 4.) Plaintiff was advised that failure to file a response in the time provided would result in dismissal of the action without further

Order of Dismissal
03441Johnson_dism-ifp.wpd

1

notice to Plaintiff. (*Id.*)  The deadline has since passed, and Plaintiff has failed to file the necessary documents to complete his IFP application.  Accordingly, Plaintiff's case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 1-2-2015

BETH LABSON FREEMAN
United States District Judge